```
1  KAREN P. HEWITT
   United States Attorney
2  DAVID D. LESHNER
   Assistant United States Attorney
3  Federal Office Building
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7163
5  Email: david.leshner@usdoj.gov

6  Attorneys for Plaintiff
   United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08-CR-2431-JLS |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF APPEARANCE |
| PAUL MICHAEL PADILLA, et al., | ) |
| Defendants. | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

/ / /

/ / /

/ / /

/ / /

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None

Please call me at the above-listed number if you have any questions about this notice.

DATED: August 12, 2008          Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ David D. Leshner
_____
DAVID D. LESHNER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2431-JLS |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) ) | |
| PAUL MICHAEL PADILLA, et al., | ) ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Timothy Garrison, Esq.
Wendy Gerboth, Esq.
David Bartick, Esq.
Robert Garcia, Esq.
Stephen Peterson, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2008.

    /s/ David D. Leshner
    DAVID D. LESHNER